IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID ERIC LYNCH,

    Petitioner,

vs.                                    CASE NO. 3:05cv38-RS

JAMES V. CROSBY,

    Respondent.
_____/

## ORDER

Before the court is the magistrate judge's Report and Recommendation (Document 18). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Petition for Writ of Habeas Corpus (Document 1) is denied.

3. This case is dismissed with prejudice. The clerk is directed to enter judgment accordingly and close the file.

ORDERED on March 20, 2006.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**